UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO-JESUS GONZALEZ-SANCHEZ, A-077-910-228,<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL/ICE,<br><br>Respondent. | No.  1:26-cv-4375-DC-CKD P<br><br><br>ORDER |

Petitioner is detained by Immigrations and Customs Enforcement and proceeds without counsel. Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner paid the filing fee and seeks to proceed in forma pauperis. This matter is referred to the undersigned by operation of Local Rule 302 pursuant to 8 U.S.C. § 636(b)(1)(B).

Petitioner filed the instant petition on June 8, 2026, naming only the Central Valley Annex as respondent. (ECF No. 1.) In light of the complexity of the legal issues involved, the court finds appointment of counsel would be beneficial in this case. See 28 U.S.C. § 1915(a); 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). Accordingly, the court will appoint counsel for petitioner.

A petitioner seeking habeas corpus relief must name the officer having custody of him as the respondent to the petition. 28 U.S.C. § 2242; Rumsfeld v. Padilla, 542 U.S. 426, 430 (2004); Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996). The proper respondent "is the

1

warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." Padilla, 542 U.S. at 435; see also Doe v. Garland, 109 F.4th 1188, 1199 (9th Cir. 2024).

Petitioner's failure to name a proper respondent makes his habeas petition subject to dismissal for lack of jurisdiction. However, the court will give petitioner, through appointed counsel, an opportunity to amend the petition to name a proper respondent, such as the warden or facility administrator of his facility. Padilla, 542 U.S. at 440 ("the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent"). Petitioner, through counsel, may optionally file a motion entitled "Motion to Amend the Petition to Name a Proper Respondent" in which petitioner names a proper respondent to be substituted in this action. If a proper respondent is substituted, the court will order the respondent to file a response to the petition. In the alternative, petitioner, through counsel, may file an amended petition or request a different schedule.

In accordance with the above, IT IS ORDERED as follows:

1.  Petitioner's motion to proceed in forma pauperis (ECF No. 2) is GRANTED.

2.  Within 14 days from the date of this order, the appointing authority for the Eastern District of California shall identify counsel and send counsel's contact information to Lisa Kennison, Courtroom Deputy for Chief Magistrate Judge Carolyn K. Delaney, via email at lkennison@caed.uscourts.gov, who shall update docket to reflect counsel's appointment. If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as pro hac vice CJA counsel for petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California court, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's pro hac vice admission to practice before this court for the duration of the proceedings, nunc pro tunc to the date the appointing authority first contacted counsel about this appointment.

3. Petitioner, through appointed counsel, is granted 14 days after appointment to file one of the following: a request to substitute the proper respondent in this action, an amended petition, or a request for a different schedule.

4. The Clerk of the Court shall serve a copy of this order and the petition filed on June 8, 2026, on the Federal Defender, Attention: Habeas Appointment.

Dated:  June 16, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 gonz4375.110a.imm.sub

3