UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO-JESUS GONZALEZ-SANCHEZ, A-077-910-228,<br>Petitioner,<br>v.<br>CENTRAL VALLEY ANNEX, et al.,<br>Respondents. | No. 1:26-cv-04375-DC-CKD (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 11) |

Petitioner filed this amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 7.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 31, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 11.) On August 6, 2026, Respondents filed objections to the findings and recommendations, merely stating that they object "[f]or the reasons set forth in [their] previous briefing." (Doc. No. 12.) However, those arguments were addressed and rejected by the magistrate judge in this case and by the undersigned in other cases. *See Hoac v. Becerra*, No. 2:25-cv-01740-DC-JDP, 2025 WL 1993771 (E.D. Cal. July 16, 2025), *Vuong v. Becerra,* 1:25-cv-01847-DC-CSK, 2025 WL 3707172 (E.D.

Cal. Dec. 22, 2025), and *El-Ghazaly v. Chestnut,* 1:25-cv-01621-DC-CKD, 2025 WL 3485030 (E.D. Cal. Dec. 4, 2025). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 31, 2026 (Doc. No. 11), are ADOPTED;

2. Petitioner Roberto-Jesus Gonzalez-Sanchez's (A#: 007-910-228) application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED;

1. Respondents are ordered to immediately RELEASE petitioner under the previously imposed conditions of supervision in place at the time of his re-detention on or about September 28, 2025. If Respondents have custody of Petitioner's possessions including documents (e.g., identification, passport, work permit, Social Security card, etc.), Respondents shall return those to Petitioner at the time of release. Respondents are enjoined and restrained from re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, compliance with the requirements for revocation of release under 8C.F.R. §§ 241.13(i) and 241.4(l), and any other applicable statutory and regulatory procedures;

3. Respondents are ENJOINED AND RESTRAINED from removing Petitioner to a third country without first allowing him a meaningful opportunity to be heard on a fear-based claim before an immigration judge;

4. The Clerk of the Court is directed to serve a copy of this Order on the Central Valley Annex Detention Facility; and

/////

/////

5. The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge